AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

FILED
12/19/2025
Clerk, U.S. District Court
Western District of Texas

By: __FMorales__
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:25-M -06928(1) - MAT |
| | § |
| (1) MIGUEL ANGEL MARTINEZ-RUIZ | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 17, 2025** in **El Paso** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, Count I: 8 USC 1326(a)(1) Re-Entry of Removed Aliens. in violation of Title **8** United States Code, Section(s) **1326**

I further state that I am a **Border Patrol Agent** and that this complaint is based on the following facts: "In violation of Title 8, USC 1326(a)(1), being an alien to the United States, enter, attempt to enter, or was found in the United States after having been previously excluded, deported, or removed from the United States without receiving permission to reapply for admission to the United States from the Attorney General of the United States and the Secretary of Homeland Security, the successor pursuant to Title 6, United States Code, Sections 202(3), 202(4), and

**Continued on the attached sheet and made a part of hereof.**


Sworn to before me,

/s/ ESPARZA, ERIC
Signature of Complainant
Border Patrol Agent

December 19, 2025        at    EL PASO, Texas
Date                           City and State


MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer
**OATH TELEPHONICALLY SWORN AT 2:00 P.M.
FED.R.CRIM.P. 4.1(b)(2)(A)**

CONTINUATION OF CRIMINAL COMPLAINT - EP:25-M -06928(1)

WESTERN DISTRICT OF TEXAS

(1) MIGUEL ANGEL MARTINEZ-RUIZ

FACTS   (CONTINUED)

557.

The DEFENDANT, Miguel Angel MARTINEZ-Ruiz, an alien to the United States and a citizen of Mexico was found approximately near the intersection of Barcelona and Flower streets in El Paso, Texas in the Western District of Texas. From statements made by the DEFENDANT to the arresting agent, the DEFENDANT was determined to be a native and citizen of Mexico, without immigration documents allowing him to be or remain in the United States legally.  The DEFENDANT has been previously removed from the United States to Mexico on October 31, 2025 through the San Ysidro Port of Entry.  The DEFENDANT has not previously received the expressed consent from the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States.


IMMIGRATION HISTORY:
The DEFENDANT has been deported 1 time(s), the last one being to MEXICO on October 31, 2025, through SAN YSIDRO, CA


CRIMINAL HISTORY:
06/25/2010, VAN NUYS CALIFORNIA, EXHIBIT DEADLY WEAPON(M), CNV, 36 MONTHS PROBATION.
04/07/2014, VAN NUYS CALIFORNIA, DRIVE WHILE LICENSE SUSPENDED(M), CNV, 18 DAYS JAIL, 24 MONTHS PROBATION.
01/25/2016, VAN NUYS CALIFORNIA, DRIVE WITHOUT A LICENSE(M), CNV, FINE, 36 MONTHS PROBATION.
08/02/2018, VAN NUYS CALIFORNIA, DRIVIE WITHOUT A LICENSE(M), CNV, 1 DAY IN JAIL, FINE, 12 MONTHS PROBATION.
05/17/2022, VAN NUYS CALIFORNIA, ASSAULT WITH A DEADLY WEAPON, BRAIN INJURY, PARALYSIS(F), CNV, 7 YEARS PRISON.